JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | CV 23-9720 PA (RAOx) |
|     Plaintiff, | JUDGMENT |
| v. | |
| U.S. BANK, | |
|     Defendant. | |

Pursuant to the Court's January 5, 2024 Minute Order dismissing this action for lack of subject matter jurisdiction, lack of prosecution, and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 5, 2024

                                                              Percy Anderson
                                           UNITED STATES DISTRICT JUDGE